United States District Court<br>For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEA WEST COAST GUARD, | No. C 06-07337 SI |
| Plaintiff, | **ORDER** |
| v. | |
| STEPHEN JOHNSON, | |
| Defendant. | |

The Court has reviewed plaintiff's Notice of Bankruptcy filed on March 13, 2007, indicating that defendants in this case have filed for Chapter 13 bankruptcy.

This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of Volume XI, for statistical closing.

THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated: 3/15/07

SUSAN ILLSTON
United States District Judge