**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEA WEST COAST GUARD FEDERAL CREDIT UNION,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN JOHNSON, KAREN JOHNSON, and *DREAM*, a vessel,<br><br>          Defendants.<br>_____/ | No. C 06-7337 SI<br><br>**ORDER DISMISSING ACTION** |

At the Case Management Conference on Friday, May 18, 2007, counsel for plaintiff stated that plaintiff was seeking non-judicial foreclosure of the vessel *DREAM* and requested that this action be dismissed in its entirety. Accordingly, this action is DISMISSED with prejudice, each party to bear its own costs.

Dated: May 18, 2007

_____
SUSAN ILLSTON
United States District Judge